450 A.2d 1068

Commonwealth v. Simmons, Appellant.

Submitted June 3, 1982. Ronald Segal, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.